IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WAREHOUSE EMPLOYEES
      Plaintiff(s)

vs.                                            Civil No.: JFM-00-65

JOHN E. WELCH
      Defendant(s)

MAY 24 2000

**ORDER**

Plaintiff having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this _24th_ day of _May_ 20_00_,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

J. FREDERICK MOTZ, CHIEF
United States District Judge

U.S. District Court (Rev. 1/2000)