IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WAREHOUSE EMPLOYEES LOCAL 570 TRUST FUND | * * * |
| v. | * Civil No. JFM-00-65 * |
| JOHN E. KELCH | * |
| ***** | |

ORDER

Plaintiffs' counsel having advised the court by a letter dated June 7, 2000 (a copy of which is attached hereto), that plaintiff has been unable to locate defendant, it is, this 13th day of June 2000

ORDERED

1. The time for plaintiff to effect service upon defendant is extended to July 14, 2000; and

2. Unless plaintiff's counsel advises the court on or before July 18, 2000, that service has been effected upon defendant, this action will be dismissed without prejudice.

_____
J. Frederick Motz
United States District Judge

