IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -4  A 10: 38

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| WAREHOUSE EMPLOYEES | * |
| LOCAL 570 TRUST FUND | * |
| | * |
| v. | *    Civil No. JFM-00-65 |
| | * |
| JOHN E. KELCH | * |
| | ***** |

## ORDER

Plaintiff having been advised by the court by an order dated June 13, 2000 (a copy of which is attached herewith) that unless plaintiff's counsel advised the court on or before July 18, 2000 that service has been effected upon defendant, this action would be dismissed without prejudice, and plaintiff's counsel having failed to do so, it is, this 4th day of August 2000

ORDERED that this action be dismissed without prejudice.

J. Frederick Motz
United States District Judge